JOHN MURPHY et al., appellants,

*v.*

WILLIAM HENRY MARKIS, respondent.

[Decided April 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Ingersoll, whose opinion is reported in *98 N. J. Eq. 153.*

*Messrs. Cole & Cole,* for the appellants.

*Messrs. Bourgeois & Coulomb,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll.

*For affirmance*—TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.